## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE DOLAN COMPANY, *et al.*,[1] | ) | Case No. 14-10614 (BLS) |
| | ) | |
| Reorganized Debtors. | ) | **Related Docket No. 615** |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN PROCESSING COMPANY, LLC, | ) | Case No. 14-10615 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARIZONA NEWS SERVICE, LLC, | ) | Case No. 14-10616 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ASSURE360, LLC, | ) | Case No. 14-10617 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

---

[1]  The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number include:  The Dolan Company (4527); American Processing Company, LLC (3395); Arizona News Service, LLC (0969); assure360, LLC (8926); Counsel Press, LLC (0509); Daily Journal of Commerce, Inc. (1624); Daily Reporter Publishing Company (9860); DataStream Content Solutions, LLC (6276); Dolan APC LLC (3828); Dolan Media Holding Company (0186); Dolan Publishing Company (3784); Dolan Publishing Finance Company (5133); Federal News Service LLC (5309); Finance and Commerce, Inc. (2942); Idaho Business Review, LLC (6843); Lawyer's Weekly, LLC (6760); Legislative Information Services of America, LLC (4027); Long Island Business News, LLC (4338); Missouri Lawyers Media, LLC (8890); National Default Exchange Holdings, LLC (1918); New Orleans Publishing Group, L.L.C. (2405); NOPG, L.L.C. (9511); The Daily Record Company LLC (7310); and The Journal Record Publishing Co., LLC (5769).  The location of the Reorganized Debtors' service address is:  222 South Ninth Street, Suite 2300, Minneapolis, Minnesota 55402.

| | |
|---|---|
| In re: | Chapter 11 |
| COUNSEL PRESS, LLC, | Case No. 14-10618 (BLS) |
| Debtor. | |
| In re: | Chapter 11 |
| DAILY JOURNAL OF COMMERCE, INC., | Case No. 14-10619 (BLS) |
| Debtor. | |
| In re: | Chapter 11 |
| DAILY REPORTER PUBLISHING COMPANY, | Case No. 14-10620 (BLS) |
| Debtor. | |
| In re: | Chapter 11 |
| DATASTREAM CONTENT SOLUTIONS, LLC, | Case No. 14-10621 (BLS) |
| Debtor. | |
| In re: | Chapter 11 |
| DOLAN PUBLISHING COMPANY, | Case No. 14-10622 (BLS) |
| Debtor. | |
| In re: | Chapter 11 |
| DOLAN MEDIA HOLDING COMPANY, | Case No. 14-10623 (BLS) |
| Debtor. | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DOLAN PUBLISHING FINANCE COMPANY, | ) | Case No. 14-10624 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FEDERAL NEWS SERVICE LLC, | ) | Case No. 14-10625 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FINANCE AND COMMERCE, INC., | ) | Case No. 14-10626 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DOLAN APC LLC, | ) | Case No. 14-10627 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IDAHO BUSINESS REVIEW, LLC, | ) | Case No. 14-10628 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LAWYER'S WEEKLY, LLC, | ) | Case No. 14-10629 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| LONG ISLAND BUSINESS NEWS, LLC, | Case No. 14-10630 (BLS) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| MISSOURI LAWYERS MEDIA, LLC, | Case No. 14-10631 (BLS) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| LEGISLATIVE INFORMATION SERVICES OF AMERICA, LLC, | Case No. 14-10632 (BLS) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONAL DEFAULT EXCHANGE HOLDINGS, LLC, | Case No. 14-10633 (BLS) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ORLEANS PUBLISHING GROUP, L.L.C., | Case No. 14-10634 (BLS) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| THE DAILY RECORD COMPANY LLC, | Case No. 14-10635 (BLS) |
| Debtor. | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NOPG, L.L.C., | ) | Case No. 14-10636 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| THE JOURNAL RECORD PUBLISHING CO., LLC, | ) | Case No. 14-10637 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER GRANTING REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER AND FINAL DECREE CLOSING CHAPTER 11 CASES

The above-captioned post-confirmation debtors (the "Reorganized Debtors") having filed a motion (the "Motion")[2] seeking the entry of a final decree closing their Chapter 11 Cases pursuant to section 350 of the Bankruptcy Code and Rule 3022 of the Bankruptcy Rules; and it appearing that the Chapter 11 Cases have been fully administered as required by section 350(a) of the Bankruptcy Code and Rule 3022 of the Bankruptcy Rules, making no further administration necessary; and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that each of the Chapter 11 Cases are closed, effective as of the entry of this order, pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, and, specifically the following cases are closed effective as of entry of this order:

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

| Debtor Name | Chapter 11 Case Number |
|---|---|
| THE DOLAN COMPANY | 14-10614 (BLS) |
| AMERICAN PROCESSING COMPANY, LLC | 14-10615 (BLS) |
| ARIZONA NEWS SERVICE, LLC | 14-10616 (BLS) |
| ASSURE360, LLC | 14-10617 (BLS) |
| COUNSEL PRESS, LLC | 14-10618 (BLS) |
| DAILY JOURNAL OF COMMERCE, INC. | 14-10619 (BLS) |
| DAILY REPORTER PUBLISHING COMPANY | 14-10620 (BLS) |
| DATASTREAM CONTENT SOLUTIONS, LLC | 14-10621 (BLS) |
| DOLAN PUBLISHING COMPANY | 14-10622 (BLS) |
| DOLAN MEDIA HOLDING COMPANY | 14-10623 (BLS) |
| DOLAN PUBLISHING FINANCE COMPANY | 14-10624 (BLS) |
| FEDERAL NEWS SERVICE LLC | 14-10625 (BLS) |
| FINANCE AND COMMERCE, INC. | 14-10626 (BLS) |
| DOLAN APC LLC | 14-10627 (BLS) |
| IDAHO BUSINESS REVIEW, LLC | 14-10628 (BLS) |
| LAWYER'S WEEKLY, LLC | 14-10629 (BLS) |
| LONG ISLAND BUSINESS NEWS, LLC | 14-10630 (BLS) |
| MISSOURI LAWYERS MEDIA, LLC | 14-10631 (BLS) |
| LEGISLATIVE INFORMATION SERVICES OF AMERICA, LLC | 14-10632 (BLS) |
| NATIONAL DEFAULT EXCHANGE HOLDINGS, LLC | 14-10633 (BLS) |
| NEW ORLEANS PUBLISHING GROUP, L.L.C. | 14-10634 (BLS) |
| THE DAILY RECORD COMPANY LLC | 14-10635 (BLS) |
| NOPG, L.L.C. | 14-10636 (BLS) |
| THE JOURNAL RECORD PUBLISHING CO., LLC | 14-10637 (BLS) |

; and it is further

ORDERED that this order is without prejudice to and does not otherwise affect the continuing effect of the Plan and applicable provisions of the Confirmation Order that will survive the closing of the Debtors' cases; and it is further

ORDERED that the Reorganized Debtors, and their employees, professionals, and representatives are authorized and directed to take any and all actions necessary or appropriate in connection with the closing authorized by this order; and it is further

ORDERED that the Court shall retain jurisdiction pursuant to Bankruptcy Code section 350(b) to reopen the case to administer assets, to accord relief to the Debtors, or for other cause, and to the extent necessary to enforce the provisions of the Plan, the Confirmation Order, and this order; and it is further

ORDERED that the Clerk of the United States Bankruptcy Court for the District of Delaware shall forthwith enter a final decree closing the cases of the Debtors.

Dated: March 16 2015
Wilmington, Delaware

The Honorable Brendan L. Shannon
United States Bankruptcy Judge